IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Thomas Christopher Stevens, ) | C/A No.: 1:15-2823-BHH-SVH |
| Plaintiff, ) | |
| vs. ) | REPORT AND RECOMMENDATION |
| Carolyn W. Colvin, Acting ) Commissioner of Social Security ) Administration, ) | |
| Defendant. ) | |

Plaintiff brought this matter appealing a decision of the Commissioner of Social Security on July 17, 2015. [ECF No. 1]. Defendant filed an answer and the administrative record of the underlying proceedings on November 19, 2015. [ECF Nos. 9, 10]. Pursuant to Local Civ. Rule 83VII.04 (D.S.C.), Plaintiff's brief was due on December 29, 2015. Plaintiff requested and received a 30-day extension of that deadline, making his brief due on January 28, 2016. [ECF Nos. 11, 12]. On January 29, 2016, the undersigned issued an order directing Plaintiff to file a brief by February 1, 2016, and notifying him that failure to respond may result in the action being recommended for dismissal with prejudice for failure to prosecute. [ECF No. 14]. Plaintiff has not yet filed a brief in this matter. As such, it appears that Plaintiff wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO RECOMMENDED.

February 2, 2016                                    Shiva V. Hodges
Columbia, South Carolina                      United States Magistrate Judge

**The parties are directed to note the important information in the attached
"Notice of Right to File Objections to Report and Recommendation."**

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Judge. Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Specific written objections must be filed within fourteen (14) days of the date of service of this Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see* Fed. R. Civ. P. 6(a), (d). Filing by mail pursuant to Federal Rule of Civil Procedure 5 may be accomplished by mailing objections to:

> Robin L. Blume, Clerk
> United States District Court
> 901 Richland Street
> Columbia, South Carolina 29201

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.** 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984).